# RAHMAN LEGAL

**43 WEST 43RD STREET, SUITE 204
NEW YORK, NY 10036
TEL: +1.347.433.6139
FAX: +1.212.954.5391
WWW.RAHMANLEGAL.COM**

September 22, 2022

<u>**VIA ECF**</u>
Hon. Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     Adjournment Request
        Nguyen v. Select Portfolio Servicing, Inc., et al.
        Case No. 1:21-CV-10510-KPF

Dear Judge Failla,

I represent the Plaintiff in the above-stated action.  I am writing to request an adjournment of the conference scheduled for September 27, 2022.  I will be in California for a legal conference next week.

The Defendants consent to this request and all counsel are available on October 13, 2022, if that is suitable to the Court.  There have been no prior adjournment requests with respect to the above-stated conference.

Respectfully submitted,

/s/ Hashim Rahman

hrahman@rahmanlegal.com
*Attorney for the Plaintiff*

Application GRANTED. The telephonic conference scheduled for
September 27, 2022, is hereby ADJOURNED to **October 26, 2022,** at
12:00 p.m.

The Clerk of Court is directed to terminate the motion at docket
entry 38.


Dated:     September 22, 2022          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE